IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

JAZZNA H.,
Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of
Social Security,
Defendant.
______________________________________/

Civil No. 2:26-CV-10896

Hon. Terrence G. Berg
United States District Court Judge

**STIPULATION TO REMAND TO THE COMMISSIONER**

Pursuant to sentence four of 42 U.S.C. § 405(g), the parties stipulate that the Court should enter an order remanding the above-captioned case to the Commissioner for further administrative action.

Should the Court grant the joint motion to remand, per the Sixth Circuit's recent decision in *Follen v. Commissioner of Social Security*, 167 F.4th 352 (6th Cir. 2026), it should articulate that it is reversing and remanding for further administrative proceedings under sentence four of 42 U.S.C. § 405(g) and specify the merits errors that ground it. The parties agree that this Court should enter judgment reversing and remanding to the agency for further administrative proceedings based on deficits in the ALJ's consideration of opinion evidence and Plaintiff's fibromyalgia impairment.

On remand, the Appeals Council will instruct the ALJ to further consider Plaintiff's claim and re-evaluate her residual functional capacity, take any further action necessary to complete the administrative record, and issue another decision.

WHEREFORE, the parties request that this Court order remand of this case pursuant to the fourth sentence of 42 U.S.C. § 405(g) and enter judgment pursuant to Federal Rule of Civil Procedure 58.

Respectfully submitted,

JERCOME F. GORGON, JR.
United States Attorney

/s/ Eddy Pierre Pierre[1]
Eddy Pierre Pierre
Pierre Pierre Law, P.C.
4750 Venture Dr.
Ste. 400
Ann Arbor, MI 48108
Epierre2@pierrepierrelaw.com

/s/ Maggie W. McOmber
Maggie W. McOmber
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
(410) 965-6260
maggie.mcomber@ssa.gov[2]

---

[1] Signed with consent obtained by email by Special Assistant United States Attorney Maggie W. McOmber, received on October 8, 2026.

[2] Of Counsel: Zak Toomey, Assistant United States Attorney, 211 Fort Street, Suite 2001, Detroit, MI 48226, MO 61618.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

JAZZNA H.,
Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of
Social Security,
Defendant.

Civil No. 2:26-CV-10896

Hon. Terrence G. Berg
United States District Court Judge

______________________________/

**ORDER REMANDING CASE UNDER SENTENCE FOUR PER PARTIES' STIPULATION**

The parties' Stipulation to Remand to the Commissioner is granted, and this case is remanded to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).

s/Terrence G. Berg
Terrence G. Berg
United States District Court Judge

Date: October 9, 2026